# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>VICTOR MCDONALD,<br><br>　　　　　Defendant. | Case No.: 24-CR-2265-CAB<br><br>**ORDER AND JUDGMENT ON UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

   IT IS HEREBY ORDERED the United States' Motion to Dismiss the Information (Dkt. 28) is hereby GRANTED. The case is DISMISSED without prejudice and the bond filed in the matter on behalf of the defendant is exonerated.

   **IT IS SO ORDERED.**

DATED:   2/6/2025

_____
HON. Cathy Ann Bencivengo
United States District Judge